UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RODERICK DAVIS, | ) | CASE NO. 1:17 CV 333 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| CUYAHOGA COUNTY JAIL, et al., | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

On February 17, 2017, Plaintiff *pro se* Roderick Davis, an inmate at the Richland Correctional Institution, filed the above captioned action under 42 U.S.C. § 1983 against the Cuyahoga County Jail and Correctional Officers Scott and Ferguson. The form Complaint filed by Plaintiff contains no factual allegations. As relief, plaintiff states he "would like the Court to hear what happened on 10-12-16 in the County Jails 6th floor medical POD 6C at 10:00 AM (Cuyahoga County Jail)."

A district court is expressly required to dismiss any civil action filed by a prisoner seeking relief from a governmental officer or entity, as soon as possible after docketing, if the court concludes that the complaint fails to state a claim upon which relief may be granted, or if the plaintiff seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §1915A; *Siller v. Dean*, No. 99-5323, 2000 WL 145167 , at *2 (6th Cir. Feb. 1, 2000).

Even construing the Complaint liberally, Plaintiff fails to state a valid claim for relief.

This action is therefore dismissed pursuant to 28 U.S.C. §1915A. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

                                      /s/ Patricia A. Gaughan
                                      PATRICIA A. GAUGHAN
                                      UNITED STATES DISTRICT JUDGE

Dated: 3/15/17